CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Aaron Fernando Osorno-Hernandez** <br> YOB: 1980; Citizen of Mexico | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **22-01441MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 22, 2022, at or near Nogales, in the District of Arizona, **Aaron Fernando Osorno-Hernandez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on November 11, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Aaron Fernando Osorno-Hernandez** is a citizen of Mexico. On November 11, 2021, **Aaron Fernando Osorno-Hernandez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On January 22, 2022, agents found **Aaron Fernando Osorno-Hernandez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Aaron Fernando Osorno-Hernandez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br> CJC3/AJC <br> AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title) <br><br> OFFICIAL TITLE <br> Border Patrol Agent <br> Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> January 24, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54